UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIA SIEROTOWICZ, and STANISLAW
SIEROTOWICZ,

      Plaintiffs,

   v.

NEW YORK CITY HOUSING
AUTHORITY, *et al.*,

      Defendants.
-----------------------------------------------------------------X
MARIA SIEROTOWICZ, and STANISLAW
SIEROTOWICZ,

      Plaintiffs,

   v.

NEW YORK STATE DIVISION OF HOUSING
AND COMMUNITY RENEWAL, *et al.*,

      Defendants.
-----------------------------------------------------------------X
MARIA SIEROTOWICZ, and STANISLAW
SIEROTOWICZ,

      Plaintiffs,

   v.

NEW YORK STATE DIVISION OF HOUSING
AND COMMUNITY RENEWAL, *et al.*,

      Defendants.
-----------------------------------------------------------------X

ORDER OF REFERRAL

04-CV-3148 (NGG) (LB)

04-CV-3886 (NGG) (LB)

04-CV-3887 (NGG) (LB)

----------------------------------------------------------------X
MARIA SIEROTOWICZ, and STANISLAW
SIEROTOWICZ,

       Plaintiffs,

    v.                 04-CV-3888 (NGG) (LB)

NEW YORK STATE DIVISION OF HOUSING
AND COMMUNITY RENEWAL, *et al.*,

       Defendants.
----------------------------------------------------------------X

NICHOLAS G. GARAUFIS, U.S. District Judge.

  In Case No. 04-CV-3148 (NGG) (LB), Defendant New York City Housing Authority's Motion for Summary Judgment (Docket Entry # 54) is hereby referred to Magistrate Judge Lois Bloom for a Report and Recommendation ("R&R"). In Case No. 04-CV-3886 (NGG) (LB), Defendant Los Sures Management Company's Motion for Summary Judgment (Docket Entry # 75) is hereby referred to Magistrate Judge Lois Bloom for an R&R. In Case No. 04-CV-3887 (NGG) (LB), Defendant St. Nicholas Neighborhood Preservation Corp.'s Motion for Summary Judgment (Docket Entry # 72) is hereby referred to Magistrate Judge Lois Bloom for an R&R. In Case No. 04-CV-3888 (NGG) (LB), Defendant North Brooklyn Development Corp.'s Motion for Summary Judgment (Docket Entry # 71) and Defendant People's Firehouse's Motion for

Summary Judgment (Docket Entry # 94) are hereby referred to Magistrate Judge Lois Bloom for an R&R.

Magistrate Judge Lois Bloom may, in her discretion, issue a joint R&R on the motions for these four cases.

SO ORDERED.

Dated: April 1, 2008  /s Nicholas G. Garaufis
   Brooklyn, New York     NICHOLAS G. GARAUFIS
                United States District Judge